| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Margot E Roberts aka Margot Elizabeth Roberts |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Maryland (Baltimore) |
| Case number | 21-11008 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Caliber Home Loans, Inc.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 6 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 04/08/2021 | (5) | $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 03/01/2021 | (11) | $ 525.00 |
| 12. Other. Specify: 410A Form | 04/08/2021 | (12) | $ 250.00 |
| 13. Other. Specify: Objection | 03/11/2021 | (13) | $ 550.00 |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    **Margot E Roberts**
First Name    Middle Name    Last Name

Case number (*if known*) 21-11008

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Scott E. Nadel
Signature

Date  04/19/2021

Print:  **Scott E. Nadel**
First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Law Offices of Jeffrey Nadel

Address  4041 Powder Mill Road, Suite 200
Number    Street
Calverton    MD    20705
City    State    ZIP Code

Contact phone  240-473-5000

Email  scottnadel@lojnlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| IN RE:<br><br>Margot E. Roberts<br>aka Margot Elizabeth Roberts<br>      Debtor(s) | Bankruptcy No. 21-11008<br>Chapter 13 |

**Certificate of Service**

I hereby certify that on this 19th day of April, 2021 I mailed a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges by first class, postage prepaid mail to:

Margot E. Roberts
2805 Highway 17
Williamston, NC 27892

And the following parties have been served via ECF:

| | |
|---|---|
| Patrick J. Best, Esquire<br>18 North 8th Street<br>Stroudsburg, PA 18360 | Rebecca A. Herr, Trustee<br>185 Admiral Cochrane Dr., Suite 240<br>Annapolis, MD 21401 |

　　　　　　　　　　　　　　　　　　　　  /s/ Scott E. Nadel
　　　　　　　　　　　　　　　　　　　　Scott E. Nadel, Esq. 16027
　　　　　　　　　　　　　　　　　　　　Law Offices of Jeffrey Nadel
　　　　　　　　　　　　　　　　　　　　4041 Powder Mill Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Calverton, Maryland 20705
　　　　　　　　　　　　　　　　　　　　240-473-5000
　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 200
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 300329